No. 74–5120.  MARSHALL *v.* UNITED STATES; and

No. 73–5140.  HARMON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: —— F. 2d ——.

No. 73–5131.  ALVAREZ-RODRIGUEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th. Cir.  Certiorari denied.

No. 73–5136.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5141.  GARDNER *v.* UNITED STATES.  C. A. 10th Cir..  Certiorari denied.

No. 73–5142.  EATMON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5143.  HOUSE *v.* CLERK, U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 73–5155.  SERMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5171.  HARRIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No.·73–5172.  GONZALES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5174.  JOHNSON, AKA ANDERSON, ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5187.  GUSTAVE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–5199.  SCOPOLITES *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.